1  MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
   MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA  94l05
   Telephone:  (4l5)  882-7900
4  Facsimile: (415)882-9287
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs,
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  BAY AREA PAINTERS AND TAPERS          ) CASE NO.: C 06-5572 JL
    PENSION FUND, et al.; _____ )
13  _____          ) **REQUEST FOR CONTINUANCE OF**
    _____Plaintiffs,        ) **CASE MANAGEMENT**
14                                        ) **CONFERENCE**
    v.                                    )
15                                        )
    JAMES EDWARD BEALUM, ET AL,           )
16                                        )
              Defendants.                 )
17                                        )
                                          )
18  _____  )
    _____

19

20          Plaintiffs hereby request that the Case Management Conference, currently scheduled for

    December13, 2006, be continued for approximately 60 days.

21          The defendants in this action have answered, and part of Plaintiffs' claim has been satisfied.

22  Defendants have mad a settlement offer as to the remainder of this matter, which Plaintiffs have

23  countered, allowing payment  from Defendants by  December 29, 2006.

24          In an effort to conserve fees and costs, plaintiffs have deferred preparation of a Motion for

25  Summary Judgment,  and are requesting that the Case Management Conference be continued. This

26  matter will either be resolved promptly by settlement, or by Motion if settlement is unsuccessful.

27

28                                        **REQUEST FOR CONTINUANCE OF**
                                          **CASE MANAGEMENT CONFERENCE**
                                          C 06-5572 JL

1      The 60 day continuance will allow resolution of this matter by December 29, 2006, or in the

2  alternative,  for plaintiffs to file their Motion for Summary Judgment in January, 2007.

3      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled

4  action, and that the foregoing is true of my own knowledge.

5      Executed this 5th day of December 2006, at San Francisco, California.

6                 SALTZMAN & JOHNSON
                    LAW CORPORATION

8

9              By: _____/s/_____
                 Muriel B. Kaplan
                 Attorneys for Plaintiffs

11  IT IS SO ORDERED.

12      The currently set Case Management Conference is hereby continued to _____ February 14, 2007
      10:30 a.m.

13  at _____.

14

15  Date: _____ December 6, 2006      _____
              James L.
              United States Magistrate Judge

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA