Tesfaye W. Tsadik, Esq., SB# 108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704
E-mail: ttsadik@pacbell.net

Attorney for Defendants
JAMES EDWARD BEALUM and
WESTERN ADDITION DRYWALL

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OFF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSIONS FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA AND HOLIDAY FUND, BAY AREA APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AS TRUSTEE; AND DISTRICT COUNCIL 16 OF THE INTERNATIONA UNION LOF PAINTERS AND ALLIED TRADERS. <br><br> Plaintiffs <br><br> v. <br><br> JAMES EDWARD BEALUM individually, and dba WESTERN ADDITION DRYWALL <br><br> Defendant. | Case No. C 06-05572 JL <br><br> **STIPULATION AND ORDER: Re: DISMISSAL WITH PREJUDICE** |

Whereas the parties have completely and fully settled all outstanding issues between them,

1  Whereas Parties, hereby agree, through their respective counsels that this action be and
2  hereby is dismissed with prejudice. Each party is to bear their own costs and attorney's fees.

Dated: December 20, 2006

Murial Kaplan, Esq.
Attorney for Plaintiffs
BAY AREA PAINTERS AND TAPERS PENSIONS FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA AND HOLIDAY FUND, BAY AREA APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AS TRUSTEE; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADERS

Dated: December 18, 2006

Tesfaye W. Tsadik, Esq.
Attorney for Defendants
JAMES EDWARD BEALUM individually, and dba WESTERN ADDITION DRYWALL

It is so ordered.



IT IS SO ORDERED

Judge James Larson